CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __JACKSON__

COUNTY: __HINDS__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 3:16CR17WHB-LRA
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __X__ NO

MATTER TO BE SEALED: ____ YES __X__ NO

NAME/ALIAS: __SHARON GREAR__

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 10 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA __CHRIS WANSLEY__   BAR # __101097__

INTERPRETER: __X__ NO ____ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __14__   ____ PETTY  ____ MISDEMEANOR  __14__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1: 18:1349.F | 18 U.S.C. § 1349 | MAIL FRAUD | 1 |
| Set 2: 18:641.F | 18 U.S.C. § 641 | THEFT OF GOVERNMENT FUNDS | 2-9 |
| Set 3: 18:1028.F | 18 U.S.C. § 1028 | AGGRAVATED IDENTITY THEFT | 10 |
| Set 4: 18.1341.F | 18 U.S.C. § 1341 | MAIL FRAUD | 11-14 |

Date: __3/9/16__   SIGNATURE OF AUSA: _____

Revised 2/26/2010