CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __JACKSON__

COUNTY: __HINDS__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # __3:16CR17WHB-LRA__
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __X__ NO

MATTER TO BE SEALED: ____ YES __X__ NO

NAME/ALIAS: __PINKIE TYLER__

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 10 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA __CHRIS WANSLEY__   BAR # __101097__

INTERPRETER: __X__ NO ___ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __4__   _____ PETTY   _____ MISDEMEANOR   __4__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1: __18:641.F__ | 18 U.S.C. § 641 | THEFT OF GOVERNMENT FUNDS | 2-5 |
| Set 2: | | | |
| Set 3: | | | |

Date: __3/9/16__   SIGNATURE OF AUSA: __[signature]__

Revised 2/26/2010